JS-6

Kevin R. Lussier (State Bar No. 143821)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California 90067-3134
Telephone:  (310) 557-8989
Facsimile:   (310) 788-0080
E-mail: klussier@berryperkins.com

Attorneys for PLANTIFF
GUCCI AMERICA, INC.,
A New York corporation

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JESSICA GUERRERO and MARTA CAROLINA MACHON, individually and jointly, d/b/a KASHCART.COM d/b/a MISS_J_2886@GMAIL.COM d/b/a JCSUNGLASSES d/b/a JGSHOE.COM d/b/a PUPPYPAW2886 d/b/a ACCESSORIESWORLD.COM and DOES 1-10,<br><br>    Defendants. | Case No. CV07-07898-GAF (FMOx)<br><br>**FINAL JUDGMENT** |

IN ACCORDANCE with this Court's previously issued Orders of November 4, 2008 and January 7, 2009 granting Gucci America, Inc.'s ("Gucci") Motion for Entry of Default Judgment Against Defendants JESSICA GUERRERO and MARTA CAROLINA MACHON, individually and jointly, d/b/a KASHCART.COM d/b/a MISS_J_2886@GMAIL.COM d/b/a JCSUNGLASSES d/b/a JGSHOE.COM d/b/a PUPPYPAW2886 d/b/a ACCESSORIESWORLD.COM (collectively "Defendants"),

1    IT IS HEREBY ORDERED that Final Judgment is ENTERED in favor of
2    Gucci and against Defendants, jointly and severally, on all counts.

3    IT IS FURTHER ORDERED AND ADJUDGED that Defendants'
4    infringement and counterfeiting of Gucci's trademarks was willful and deliberate.

5    IT IS ORDERED AND ADJUDGED that Defendants Jessica Guerrero and
6    Marta Carolina Machon and their respective agents, servants, employees, attorneys,
7    and all other persons in active concert or participation with any of the foregoing
8    who receive actual notice of this injunction by personal service or otherwise are
9    hereby restrained and enjoined from, intentionally and/or knowingly manufacturing
10   or causing to be manufactured, importing, advertising, or promoting, distributing,
11   selling, or offering to sell counterfeit and infringing goods using the Gucci Marks
12   (as listed in the attachment herewith); using the Gucci Marks in connection with the
13   sale of any unauthorized goods; using any logo, and/or layout which may be
14   calculated to falsely advertise the services or products of Defendants and/or any
15   business or website, as being sponsored by, authorized by, endorsed by, or in any
16   way associated with Gucci; falsely representing themselves as being connected with
17   Gucci, through sponsorship or association; engaging in any act which is likely to
18   falsely cause members of the trade and/or of the purchasing public to believe any
19   goods or services of Defendants and/or any business or website, are in any way
20   endorsed by, approved by, and/or associated with Gucci; using any reproduction,
21   counterfeit, copy, or colorable imitation of the Gucci Marks in connection with the
22   publicity, promotion, sale, or advertising of any goods sold by Defendants and/or
23   any business or website, including, without limitation, handbags, wallets and
24   sunglasses; affixing, applying, annexing or using in connection with the sale of any
25   goods, a false description or representation, including words or other symbols
26   tending to falsely describe or represent Defendants and/or any business or website,
27   as being those of Gucci or in any way endorsed by Gucci; offering such goods in

- 2 -    Case No. CV07-07898 GAF (FMOx)
**FINAL JUDGMENT**

1  commerce; secreting, destroying, altering, removing, or otherwise dealing with the
2  unauthorized products or any books or records which contain any information
3  relating to the importing, manufacturing, producing, distributing, circulating,
4  selling, marketing, offering for sale, advertising, promoting, renting or displaying
5  of all unauthorized products which infringe the Gucci Marks; and effecting
6  assignments or transfers, forming new entities or associations or utilizing any other
7  device for the purpose of circumventing or otherwise avoiding the prohibitions set
8  forth above.

9      IT IS FURTHER ORDERED AND ADJUDGED:

10      Pursuant to 15 U.S.C. § 1117(c) statutory damages are awarded against
11  Defendants, jointly and severally, and in favor of Gucci in the amount of
12  $180,000.00.

13      This case is "exceptional" as that term is used in 15 U.S.C. § 1117 and Gucci
14  is awarded $4,750.00 in attorneys' fees. Gucci is awarded court costs in the amount
15  of $500.00.

16      This Judgment shall accrue interest in the manner and at the rate prescribed
17  by 28 U.S.C. § 1961.

18      IT IS SO ORDERED

19

20  Dated: January 23, 2009      _____
    GARY ALLEN FEESS
21      UNITED STATES DISTRICT JUDGE

ATTACHMENT

"GUCCI MARKS"

| Mark | Reg. No. | Reg. Date |
|---|---|---|
| INTERLOCKING GG MONOGRAM | 3,072,549 | March 28, 2006 |
| NON-INTERLOCKING GG MONOGRAM | 1,107,311 | November 28, 1978 |
| GUCCI | 0,876,292 | September 9, 1969 |
| FACING GG MONOGRAM | 3,039,631 | January 10, 2006 |
| REPEATING GG DESIGN | 1,216,708 | November 16, 1982 |